UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL SESSA, | § | |
| | § | |
|     *Plaintiff*, | § | CIVIL ACTION NO. |
| v. | § | |
| | § | |
| WELLS FARGO BANK N/A/, | § | 3:20-cv-00148-E |
| | § | |
| | § | |
|     *Defendant*. | § | |

## PLAINTIFF'S MOTION FOR DISMISSAL WITH PREJUDICE

COME NOW, the plaintiff Michael Sessa ("Plaintiff") by and through his attorney of record, and files this Motion for Dismissal with prejudice all claims and causes of action against Defendant and in support would show that the Plaintiff and Defendant have agreed to settle and compromise all matters at issue between them.

WHEREFORE, the plaintiff prays that this suit be dismissed with prejudice.

Respectfully Submitted,

/s/ Jane Legler
Jane Legler
Texas Bar No. 03565820
Christine Neill
Texas Bar No. 00796793
Kyla Gail Cole
Texas Bar No. 24033113

Neill Legler Cole PLLC
3141 Hood Street, Ste. 200
(214) 748-7777
(214) 748-7778 (facsimiles)

christine@nlcemployeelaw.com
jane@nlcemployeelaw.com
kyla@nlcemployeelaw.com

## **CERTIFICATE OF CONFERENCE**

On March 16, 202, I conferred via email with counsel for Defendant, Jeremy Hawpe, regarding this motion, and he does not oppose this motion.

/s/ Jane Legler
_____
Jane Legler

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 17, 2020, a true and correct copy of the foregoing was served via email on counsel for Defendant:

Jeremy Hawpe
Littler
2001 Ross Avenue, Suite 1500
Lock Box 116
Dallas, Texas 75201-2931


/s/Jane Legler
_____
Jane Legler