IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL SESSA, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:20-CV-0148-E |
| WELLS FARGO BANK N/A, | § § § | |
| Defendant. | § | |

## DISMISSAL ORDER

Before the Court is Plaintiff Michael Sessa's Motion for Dismissal with Prejudice (Doc. 5). The Court, having been advised that the parties have settled all matters in controversy between them, **GRANTS** the Motion. It is **ORDERED** that this case is dismissed with prejudice to refiling and that each party bears their own costs.

**SO ORDERED.**

Signed March 18, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE